FILED

FEB 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IVY BATUNGBAKAL GARCIA,<br>Defendant. | Case No. 4:18-mj-70067-MAG-1 (DMR)<br>Charging District: Eastern District of Virginia, Alexandria<br>Charging District's Case No.: 1:18-mj-24 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314 | To appear before the Criminal Duty Magistrate Judge<br>Date and Time: No later than March 30, 2018 at 9:00 a.m. |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: February 27, 2018

_____
DONNA M. RYU
United States Magistrate Judge